1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IRINA ZHITNITSKY, | ) Case No.: 2:19-cv-07003-CAS-MAA |
| Plaintiff, | ) ORDER AWARDING EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| ANDREW SAUL, | ) AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | ) U.S.C. § 1920 |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,675.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   12/18/20

_____
THE HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING

3       /s/ *Lawrence D. Rohlfing*

4  _____
   Lawrence D. Rohlfing
5  Attorney for plaintiff Irina Zhitnitsky

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26